IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BIBLE BAPTIST CHURCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-0093-Z-BR |
| | § | |
| CHURCH MUTUAL INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to grant in part and deny in part Defendant Church Mutual Insurance Company's Motion for Summary Judgment (ECF No. 23). (ECF No. 59) ("FCR"). Church Mutual filed its Objections to the Magistrate Judge's FCR on February 1, 2023. (ECF No. 60) ("Objections"). After making an independent review of the pleadings, files, Objections, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and Church Mutual's Motion for Summary Judgment is **GRANTED** as to Bible Baptist Church's claim under § 541.060(a)(2)(A) of the Texas Insurance Code and the policy sublimit for code upgrades but **DENIED** in all other respects.

IT SO ORDERED.

February 10, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE